A. D. TINSLEY v. N. C. TRIMBLE.

An order of continuance is not a final judgment, from which an appeal will lie to the Supreme Court.

APPEAL from Rusk. Tried below before the Hon. J. B. Williamson.

The opinion indicates the only material fact.

No briefs for either party.

OGDEN, J.—The appeal in this cause is dismissed for the want of final judgment.

It has been repeatedly decided by this court that the ruling of the district court in granting a continuance of a cause, is not a subject for revision by this court.

DISMISSED.